UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA[1], et al,<br><br>　　　　Defendants. | No. 2:15-cv-1997 MCE CKD PS (TEMP)<br><br><br><br>ORDER |

This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On May 23, 2016, the undersigned granted permission for partial service of his complaint or leave to file an amended complaint. (Dkt. No. 6.) Plaintiff has elected to file an amended complaint and now requests a thirty-day extension of time to file an amended complaint.[2] (Dkt. No. 9.)

Good cause appearing, IT IS ORDERED that:

　　1. Plaintiff's June 21, 2016 request for an extension of time (Dkt. No. 9) is granted; and

---

[1] Although the caption of plaintiff's complaint lists the first named defendant as the "VETERANS ADMINISTRATION, a U.S. Government Agency," the body of plaintiff's complaint correctly identifies the defendant as the "United States of America." (Compl. (Dkt. No. 1) at 1.) In this regard, "the United States is the only proper party defendant in an FTCA action[.]" Kennedy v. U.S. Postal Service, 145 F.3d 1077, 1078 (9th Cir. 1998).

[2] Accordingly, plaintiff should not attempt to serve any defendant with his original complaint.

1

2. Plaintiff shall file his amended complaint within thirty days of the date of this order.

Dated: June 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\gonzalez1997.eot.ord

2