1 McGREGOR W. SCOTT
United States Attorney
2 GREGORY T. BRODERICK
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GONZALEZ, | No. 2:15-cv-1997-MCE-DB-PS |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| vs. | |
| UNITED STATES OF AMERICA et al., | |
| Defendants. | |

Pursuant to Local Rule 143, Plaintiff and the United States stipulate, and propose, that the Court extend the pretrial schedule by approximately 90 days, as further set forth below. Plaintiff, who is proceeding pro se, has had numerous medical and other issues that have made it difficult to conduct discovery and prepare expert reports, the time for which has now past. In addition, the parties have had technical difficulties in exchanging and accessing one another's electronic documents, which has compounded the problems. Despite these problems, Plaintiff has diligently attempted to resolve them and to resolve the matter, but the parties have been unable to do so. For example, Plaintiff scheduled an in-person meeting with opposing counsel, and secured agreement to the concept of an extension before Plaintiff's deadline ran, and Plaintiff filed a request with the Court for an extension on the day his expert disclosures were due. The parties have worked out an agreed-schedule, which is set forth below.

Failure to grant this extension may well be fatal to Plaintiff's case, which would be inequitable considering his diligence and pro se status, and the fact that the problems described above were beyond the control of either party. Thus, there appears good cause for an order extending all pretrial dates by

approximately three months, to avoid a draconian result that is independent of any fault and independent of the merits. In addition, the parties propose moving the pretrial conference and the trial date approximately four months to permit more time for the Court to review and decide any dispositive motion, and to account for the 2018 holidays implicated by the stipulation and proposed order.

Plaintiff proposed this stipulation during a December 15, 2017, in-person meet and confer and the United States agreed. However, the stipulation is submitted at this time due to illness and the intervening, year-end holidays which made scheduling difficult.

Therefore, the parties stipulate and propose that the pretrial schedule, adopting by this Court in June 2017 (Dkt. No. 37) an October 2017 (Dkt. No. 43), be continued as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| **Plaintiff's Expert Disclosure** | December 22, 2017 | March 22, 2018 |
| **Defendant's Expert Disclosure** | January 19, 2018 | May 3, 2018 |
| **Rebuttal Expert Disclosures** | February 2, 2018. | May 17, 2018 |
| **Discovery Completed** | March 2, 2018 | June 14, 2018 |
| **Law and Motion (except to compel discovery)** | April 20, 2018 | August 3, 2018 |
| **Plaintiff's Pretrial Conference Statement, Trial Brief, and Motions in Limine[1]** | May 31, 2018 | September 13, 2018 |
| **United States' Pretrial Conference Statement, Trial Brief, and Motions in Limine** | May 31, 2018 | September 20, 2018 |
| **Oppositions to Motions in Limine** | June 14, 2018 | October 4, 2018 |
| **Replies Regarding Motions in Limine** | June 21, 2018 | October 11, 2018 |
| **Final Pretrial Conference** | June 28, 2018 | October 18, 2018; 2:00 p.m. |
| **Trial (5 days)** | August 13, 2018 | December 3, 2018; 9:00 a.m. |

---

[1] The original order contemplates a joint pretrial conference statement. Given the nature of this medical malpractice case and the fact that Plaintiff is proceeding pro se, however, it appears separate statements will be more efficient for the Court and the parties.

STIP AND PROPOSED ORDER TO AMEND PRETRIAL DATES  2

Pursuant to 28 U.S.C. § 2402, "any action against the United States . . . shall be tried by the court without a jury."

The above-stipulated schedule was carefully worked through in light of Plaintiff's condition and the United States' counsel's 2018 trial schedule. Should the Court be inclined to alter the dates in the above-proposed schedule, the parties request that the Court convene a status conference or otherwise permit the parties an opportunity to communicate their limitations to the Court.

Respectfully Submitted

Dated: January 19, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Gregory T. Broderick*
GREGORY T. BRODERICK

*/s/ Daniel Gonzalez* (authorized 01/19/2018)
DANIEL GONZALEZ
Plaintiff in Pro Per

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, the dates set forth in the Court's previous Status Pretrial Scheduling Order (Dkt. No. 37) and Supplemental Pretrial Scheduling Order (Dkt. No. 43) are amended such that the following schedule shall apply:

| Event | Proposed Date |
|---|---|
| **Plaintiff's Expert Disclosure** | March 22, 2018 |
| **Defendant's Expert Disclosure** | May 3, 2018 |
| **Rebuttal Expert Disclosures** | May 17, 2018 |
| **Discovery Completed** | June 14, 2018 |
| **Law and Motion (except to compel discovery)** | August 3, 2018 |

1  The June 28, 2018 Final Pretrial Conference and August 13, 2018 Bench Trial are vacated. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

All other provisions in the Status Pretrial Scheduling Order (Dkt. No. 37) and Supplemental Pretrial Scheduling Order (Dkt. No. 43) shall remain in effect.

IT IS SO ORDERED.

Dated: January 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE