| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:15-cv-01997-MCE-DB<br><br>**NON-RELATED CASE ORDER** |
| DANIEL GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KYLE THOMAS JONES, et al.,<br><br>    Defendants. | No. 2:15-cv-02448-TLN-GGH |

The Court has received the Notice of Related Cases filed on May 11, 2018. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

///

///

///

1

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Dated: May 15, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE