Dr. Daniel Gonzalez
7125 Calvin Drive,
Citrus Heights, CA 95621
Telephone (916) 247-6886
Plaintiff



FILED
DEC 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and DOES 1 to 20, Inclusive,<br><br>Defendants. | No.: 2:15-cv-1997 MCE DB PS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DEEM MATTERS ADMITTED**<br>(L.R. 251, Fed. Rules 26, 34, 36, 37, 45)<br><br>Date: January 25, 2019<br>Time: 10:00 a.m.<br>Courtroom: Judge Magistrate Deborah Barnes<br>Trial Date: None Set<br>Action Filed: September 21, 2015<br>FAC Filed: June 28, 2016 |

TO THE COURT, DEFENDANT UNITED STATES, AND ITS ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE** that on January 25, 2019, at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 27, 8th Floor, of the United States District Courthouse, Eastern District of California, 501 I Street, Sacramento, California, 95814, plaintiff Daniel Gonzalez ("Plaintiff") shall and hereby does move the Court for an Order to deem matters admitted under Federal Rules of Civil Procedure, rules 37(a), 37(c), and 26(e)(1).

Plaintiff seeks to have certain matters deemed admitted for failure to supplement improper responses to the Requests for Admission, Set One and Set Two. Sanctions should be imposed under Rule 37(c)(2) for the willful failure and refusal of Defendant United States to provide proper responses

since February 9, 2018. Defendant United States refused to partake in any informal conference with the Court since April 27, 2018. Defendants' refusal to respond or supplement properly prejudice Plaintiff's preparation for trial, including interfering with Plaintiff's expert completing a final report. This would mislead the Court to determine medical malpractice and related claims accurately on the merits. Plaintiff and Defendant United States have met and conferred in writing and telephonically and been unable to resolve this issue.

Pursuant to Local Rule 251, the basis of Motion is to be on this notice of motion, memorandum of points and authorities, a separate statement, declaration in support of the motion, and exhibits, filed separately. If applicable, a Joint Statement regarding Discovery Disagreement to be filed at least seven (7) days before the scheduled hearing date, and any and all papers and pleadings filed by the parties, and upon such evidence that has been presented, or will be presented, at the hearing on the Motion to Deem Matters Admitted.

DATED: December 21, 2018

Respectfully submitted,

By: /s/ Daniel Gonzalez
DANIEL GONZALEZ
Plaintiff, Pro se

| | |
|---|---|
| 1 | DECLARATION OF SERVICE BY MAIL |
| 2 | I, Robert Gonzalez, declare that I am over the age of 18 years and not a party to the above-entitled cause. I am employed in the County of Sacramento; my business address is 6206 Longford Drive, #1, Citrus Heights, California 95621. |

# DECLARATION OF SERVICE BY MAIL

I, Robert Gonzalez, declare that I am over the age of 18 years and not a party to the above-entitled cause. I am employed in the County of Sacramento; my business address is 6206 Longford Drive, #1, Citrus Heights, California 95621.

On December 21, 2018, I served a true and correct copy of the following document(s):

**Case No. 2:15-cv-01997 MCE DB**

**PLAINTIFFS' NOTICE OF MOTION AND MOTION DEEM MATTERS ADMITTED**

by depositing a copy in the United States mail at the main station in Citrus Heights, California, in a sealed envelope, with postage fully prepaid addressed to the following persons:

> Ms. Kelli L. Taylor
> Assistant United States Attorney
> 501 I Street, Suite 10-100
> Sacramento, CA 95814

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 21st day of December 2018.

By: _____