UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:15-cv-1997 MCE DB PS<br><br><br>ORDER |

Plaintiff, Daniel Gonzalez, commenced this action on September 21, 2015, proceeding pro se. (ECF No. 1.) The matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). However, on February 20, 2020, attorney William Wright appeared on behalf of the plaintiff. (ECF No. 150.)

Because plaintiff is no longer proceeding pro se in this action, Local Rule 302(c)(21) no longer applies and the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:15-cv-1997 MCE DB with the "PS" designation being eliminated.

IT IS SO ORDERED.

DATED: April 3, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE