UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, | No. 2:15-cv-01997-MCE-DB |
| Plaintiff, | |
| v. | **ORDER** |
| VETERANS ADMINISTRATION, et al., | |
| Defendants. | |

Presently before the Court are a number Motions post-judgment motions filed by Plaintiff. The Government's Request to Strike Plaintiff's "Amended Reply" Brief (ECF No. 157) is DENIED as moot. All filings submitted by Plaintiff purportedly in pro per after counsel noticed his appearance on February 20, 2020, are hereby STRICKEN because Plaintiff is represented by counsel. Any future pro se filings shall be summarily disregarded.

IT IS SO ORDERED.

Dated: September 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1